Paine *v.* McIntire.

PAINE, *Adm'r, versus* McINTIRE.

The remedy for an administrator *de bonis non,* upon an unsatisfied judgment, recovered by the original administrator, is by *scire facias.* Debt will not lie.

DEBT, brought by an administrator *de bonis non* upon an unsatisfied judgment recovered by the original administrator against this defendant.

*Jewett* and *Crosby* for the defendant objected : — 1st. That the action must be in the name of the former administrator or his executor or administrator.

2d. That the remedy is not by action of debt, but by *scire facias.*

*A. W. Paine,* for the plaintiff, cited R. S. c. 113, § 18 ; 6 Metc. 197 ; 1 B. & C. 150 ; 8 Cowen, 333 ; 15 Mass. 374 ; 1 Chit. on Pl. 15 ; 3 Rand. 287.

HOWARD, J. — By the common law, an administrator *de bonis non* cannot execute a judgment recovered by a former executor, or administrator, but may maintain a new action. *Snape* v. *Norgate,* Cro. Car. 167 ; *Yaites* v. *Gough,* Yelv. 83 ; *Barnhurst,* Yelv. 83 ; *Ket* v. *Life,* Yelv. 125 ; *Turner* v. *Davies,* 2 Saund. 149 ; *Grout* v. *Chamberlain,* 4 Mass. 611, 613 ; *Dale* v. *Roosevelt,* 8 Cowen, 333.

In England the law has been changed by an act of parliament, 17 Car. 2, c. 8 ; but here the modification has been made by our own statutes, 1821, c. 52, § 20 ; R. S. c. 120, § 8. These statutes furnish a remedy for the administrator *de bonis non* by *scire facias* only, on a judgment rendered for a prior administrator. He may pursue that remedy, but cannot maintain an action of debt on such judgment, under existing laws.        *Plaintiff nonsuit.*

NOTE. — WELLS, J. took no part in this decision; having, at the time of the argument, been engaged in jury trials in another county.